■ NORMAN F. ABBOTT, Appellant, v MEREDITH G. FLERSHEM, Respondent. [690 NYS2d 453] —Order, Supreme Court, New York

County (Martin Schoenfeld, J.), entered March 7, 1997, which, insofar as appealed from, granted defendant's motion for an upward modification of temporary child support, unanimously affirmed, without costs.

The record supports the court's increase of the temporary award for child support notwithstanding plaintiff's claims of poverty, aptly characterized by the motion court as "vague or equivocal". Concur—Ellerin, P. J., Rosenberger, Buckley and Friedman, JJ.